**FILED**
CLERK, U.S. DISTRICT COURT

09/08/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ram_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| UNITED STATES OF AMERICA, | ED CR No. 5:21-CR-00190-JGB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), (b)(1)(C): Possession with Intent to Distribute Methamphetamine and Heroin] |
| PETER LEDESMA, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about April 21, 2020, in Riverside County, within the Central District of California, defendant PETER LEDESMA knowingly and intentionally possessed with intent to distribute at least five grams, that is, approximately 26.79 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about April 21, 2020, in Riverside County, within the Central District of California, defendant PETER LEDESMA knowingly and intentionally possessed with intent to distribute heroin, a Schedule I narcotic drug controlled substance.

SENTENCING ALLEGATIONS

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

Defendant PETER LEDESMA, prior to committing the offense alleged in Count One of this Indictment, had been finally convicted of a serious violent felony as that term is defined and used in Title 21, United States Code, Sections 802(58), 841, and 851, namely, Assault with a Firearm, in violation of California Penal Code Section 245(a)(2), in the Superior Court of the State of California, County of Riverside, case number RIF087615, on or about May 1, 2000, for which defendant LEDESMA served a term of imprisonment of more than 12 months.

A TRUE BILL

/S/
_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

STEPHEN T. MERRILL
Special Assistant U.S. Attorney
Riverside Branch Office